UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Patricia Winkelbauer,

    Plaintiff,                                        Case No. 03-74712

v.                                                             Hon. Nancy G. Edmunds

Commissioner of Social Security,

    Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

       This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motion for attorney fees and costs under the Equal Access to Justice Act is hereby GRANTED, and Plaintiff is awarded costs and fees in the amount of $3,802.50.

       SO ORDERED.

                                                    s/Nancy G. Edmunds
                                                   Nancy G. Edmunds
                                                   United States District Judge

Dated: May 10, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 10, 2005, by electronic and/or ordinary mail.

                                                   s/Carol A. Hemeyer
                                                 Case Manager